**Fill in this information to identify the case:**

Debtor 1  Zhu L Mei

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois

Case number  23-01235

## Official Form 410S1

# Notice of Mortgage Payment Change                    **12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Citibank, N.A.                **Court claim no.** (if known): 3

**Last 4 digits** of any number you use to
identify the debtor's account:        8  1  8  9

**Date of payment change:**
Must be at least 21 days after date        09/20/2024
of this notice

**New total payment:**                        $         976.30
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe
   the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:** $ _____        **New escrow payment:** $ _____

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not
   attached, explain why: _____
   _____

   **Current interest rate:** _____%        **New interest rate:** _____%

   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Consistent with the terms and conditions of the home equity line of credit variable rate note

   **Current mortgage payment:** $ _____ 976.02        **New mortgage payment:** $ _____ 976.30

Debtor 1    Zhu L Mei

First Name    Middle Name    Last Name

Case number *(if known)* 23-01235

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Aaron L. Nevel

Signature

Date    08/29/2024

Print:    Aaron    L    Nevel

First Name    Middle Name    Last Name

Title    Attorney for Creditor

Company    Law Offices of Ira T. Nevel, LLC

Address    175 N. Franklin St., Ste. 201

Number    Street

Chicago    IL    60606

City    State    ZIP Code

Contact phone    (312) 357-1125

Email    AaronN@nevellaw.com

# UNITED STATES BANKRUPTCY COURT

## **Certificate of Service**

I hereby certify that a copy of this Notice was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the court's ECF System at the e-mail address registered with the court on this Date:

Date:             08/29/2024

Chapter    13 Trustee:   Marilyn O Marshall

Trustee Address:  224 South Michigan Ste 800 Chicago, IL 60604

Trustee Email:

Debtor's Counsel Name:   Arthur Czaja

Debtor's Counsel Address:  Law Office of Arthur C. Czaja 7521 N. Milwaukee Avenue Niles, IL 60714

Debtor's Counsel Email:  arthur@czajalawoffices.com

Debtor 1 Name:   Zhu L Mei

Debtor 2 Name

Debtor's Mailing Address: 3500 S. Rockwell Street Chicago, IL 60632

Debtor Email:

/s/ Aaron L. Nevel

# EQUITY SOURCE ACCOUNT® AGREEMENT AND DISCLOSURE



Borrower(s): **ZHU LING MEI**

Property Address: **3500 S ROCKWELL ST, CHICAGO, IL 60632-1004 (the "Property")**

| Credit Limit: | $171,000.00 |
|---|---|
| Index: | 4.250% |

| | Citibank Auto Deduct Pricing | Without Citibank Auto Deduct Pricing |
|---|---|---|
| **Initial Margin** (if applicable) | -1.260% | -1.260% |
| **Initial Daily Periodic Rate** (if applicable) | 0.008192% | 0.008192% |
| **Initial ANNUAL PERCENTAGE RATE** (if applicable): (The Initial Annual Percentage Rate will vary as the Index varies) | 2.990% (Index + the Initial Margin) | 2.990% (Index + the Initial Margin) |
| **Date the Initial Margin Ends and the Regular Margin Begins** (if applicable): | 09/20/2018 | 09/20/2018 |
| **Regular Margin:** | 0.640% | 0.890% |
| **Regular Daily Periodic Rate:** | 0.013397% | 0.014082% |
| **Regular ANNUAL PERCENTAGE RATE:** (The Regular Annual Percentage Rate will vary as the Index varies) | 4.890% (Index + the Regular Margin) | 5.140% (Index + the Regular Margin) |
| **Borrower(s) must initial one (and only one) pricing option:** | Z /M | |
| **Citibank Auto Deduct Pricing - In order to receive this pricing Borrower(s) must complete and sign the Citibank Auto Deduct Agreement and Authorization for Equity Source Accounts.** | | |

## Closing Costs, Paid by Citibank*

| | | | |
|---|---|---|---|
| **Appraisal Fee:** | $270.00 | **Recording Fees:** | $60.00 |
| **Credit Report Fee:** | $2.00 | **City/County Tax/Stamps:** | $0.00 |
| **Settlement or Closing Fee (Finance Charge):** | $300.00 | **State Tax/Stamps:** | $0.00 |
| **Abstract or Title Search Fee:** | $210.00 | **Intangible Tax:** | $0.00 |
| **Title Examination Fee:** | $0.00 | **Document Stamp Tax:** | $0.00 |
| **Title Insurance Binder:** | $0.00 | **Mortgage Registration Tax:** | $0.00 |
| **Document Preparation:** | $0.00 | **Tax Certificate Fee:** | $0.00 |
| **Overnight/Postage Fee (Finance Charge):** | $0.00 | **Mortgage Taxes:  Borrower Portion** | $0.00 |
| **Appraisal Recertification Fee** | $0.00 | **Lender's Portion** | $0.00 |
| | | **Environmental Risk Assessment Fee** | $0.00 |
| **Total Closing Costs:** | **$ 842.00** | | |

*With the exception of the Environmental Risk Assessment Fee, these charges are paid outside of closing by Lender. However, if your loan is terminated within the first 36 months, with the exception of the Lender's Portion of the Mortgage Taxes and the Document Preparation Fee, you will be required to repay us all of these closing costs incurred on your behalf. The Environmental Risk Assessment Fee will be paid outside of closing by Borrower.





# EQUITY SOURCE ACCOUNT® AGREEMENT AND DISCLOSURE

1. **DEFINITIONS:** As used herein:

   a) "Account" means the Equity Source Account opened under the Agreement.

   b) "Agreement" means this Equity Source Account Agreement and Disclosure together with any modifications, amendments, replacements or substitutions thereto.

   c) "Business Day" means any day other than a Saturday, Sunday, or a federal holiday.

   d) "Citibank" means Citibank, N.A.

   e) "Credit Limit" means the maximum aggregate amount of the Loan Advances that may be outstanding at any given time pursuant to the Agreement.

   f) "Draw Period" means the ten years and one month from the date of the Agreement during which Loan Advances may be made.

   g) "Index" means the Prime Rate as published in the "Money Rates" section of *The Wall Street Journal* from time to time.

   h) "Initial Pricing" means that your Agreement has an Initial Margin, Initial Daily Periodic Rate, and an Initial Annual Percentage Rate. Initial Pricing will only apply to qualified Borrowers who complete and sign the Citibank Auto Deduct Agreement and Authorization for Equity Source Accounts.

   i) "Initial Pricing Period" only applies to Accounts with Initial Pricing, and means the period of time from the date of the Agreement until the Date the Initial Margin Ends and the Regular Margin Begins as disclosed on Page 1.

   j) "Loan Advances" means amounts drawn on your Account pursuant to the Agreement by Equity Source Account checks, or in any other way Citibank allows, and advances by Citibank pursuant to the Agreement or Mortgage to protect the Property or Citibank's security interest in the Property, including but not limited to advances to maintain required insurance on the Property or to pay taxes on the Property.

   k) "Mortgage" means the mortgage, deed of trust, deed to secure debt or cooperative security agreement which covers the Property which secures the Agreement.

   l) "Property" means the property described in the Mortgage which secures the Agreement.

   m) "Repayment Period" means the twenty years immediately following the Draw Period during which Loan Advances may not be made.

   n) "You," "Your" and "Yours," whether or not the first letter of the word is capitalized, means each person who signs below as Borrower, jointly and severally.

Certain other terms are defined elsewhere in this Agreement.

2. **PROMISE TO PAY:** You promise to pay to Citibank the total of all Closing Costs (if indicated on Page 1 that Closing Costs are paid by Borrower), all Loan Advances, together with Finance Charges at the applicable daily periodic rate, and any other fees, charges or other Finance Charges, all as provided for in the Agreement.

3. **HOW FINANCE CHARGES DUE TO DAILY PERIODIC RATE ARE IMPOSED AND DETERMINED:**

   a) Finance Charges on Loan Advances at the applicable Daily Periodic Rate begin to accrue on the date the Loan Advance is posted to your Account. There is no grace period for repayment of your balance during which Finance Charges will not accrue. If there are any other Finance Charges payable under the Agreement, they will be dollar amounts itemized herein as Finance Charges.



b) The appropriate margin is added to the Index to determine the Annual Percentage Rate, which will be divided by 365 (366 in leap years) to determine the Daily Periodic Rate which will be applied to the balance on which the Finance Charge will be computed during your monthly billing cycle.

c) If your Account has Initial Pricing:

    (i) The Initial Margin disclosed on Page 1 will be in effect for the Initial Pricing Period.

    (ii) The Initial Annual Percentage Rate and the Initial Daily Periodic Rate, as disclosed on Page 1, will be in effect from the date of the Agreement and can change each Business Day.

    (iii) On the Date the Initial Margin Ends and the Regular Margin Begins, the Regular Margin, disclosed on Page 1, will go into effect. If the Index has not changed so as to affect the rate, the Regular Annual Percentage Rate and the Regular Daily Periodic Rate, disclosed on Page 1, will then be in effect and can change each Business Day.

d) If your Account does not have Initial Pricing:

    (i) The Regular Margin disclosed on Page 1 will be in effect from the date of the Agreement.

    (ii) The Regular Annual Percentage Rate and the Regular Daily Periodic Rate, as disclosed on Page 1, will be in effect from the date of the Agreement and can change each Business Day.

e) During the Draw Period the Index will be the daily Index published each day. If that day is not a Business Day, the Index will be the Index from the immediately prior Business Day. During the Repayment Period, the Index used for a billing cycle will be the most recent Index published on or before the first day of the month in which the billing cycle begins.

f) The Annual Percentage Rate does not include costs other than interest. Any increase in the Annual Percentage Rate will result in an increase in the minimum monthly payment. The **ANNUAL PERCENTAGE RATE** will not exceed 18%, no matter how much the Index increases.

g) Citibank Auto Deduct. In the event you have authorized Citibank to pay the minimum monthly payment on your Account automatically from your Citibank checking, or other authorized account, then, as long as you have made all payments due under the terms of the Agreement, you will receive Citibank Auto Deduct Pricing as disclosed on Page 1. This pricing will remain in effect as long as you are enrolled in the Citibank Auto Deduct service, and have made all payments due under the terms of the Agreement. If your enrollment in the Citibank Auto Deduct service is terminated, for any reason, or if you fail to make all payments due under the terms of the Agreement, the pricing on your Account may be changed to Without Citibank Auto Deduct Pricing as disclosed on Page 1 of the Agreement. This pricing change will cause your margin to increase and your Annual Percentage Rate will also increase. Assuming the same outstanding balance, your minimum monthly payment will increase. Citibank may terminate your enrollment in the Citibank Auto Deduct service for the reasons specified in your Citibank Auto Deduct Agreement and Authorization for Equity Source Accounts.

h) You will be sent statements on a monthly cycle which will reflect your Account activity and any amounts you owe Citibank.

i) The amount of the Finance Charge on your statement will be calculated by multiplying the daily periodic rate for the day by the daily balance for your Account at the end of each day in the monthly billing cycle. The resulting Finance Charges for each day are totaled at the end of the statement period and disclosed on the statement as "Finance Charges – Interest." To determine the daily balance we take the beginning balance of your Account each day, add any new Loan Advances and other charges, and subtract any payments and credits. Late Fees, credit life insurance, if any, and unpaid Finance Charges will not be counted as part of the daily balance for purposes of calculating the Finance Charge.

## 4. FINANCE CHARGES NOT DUE TO DAILY PERIODIC RATE; CLOSING COSTS:

a) If you retained a mortgage broker, the amount of the mortgage broker fee, if any, is a Finance Charge. The amount of the mortgage broker fee is determined by your agreement with your mortgage broker and is not required by Citibank or paid by Citibank.


b)  If you agreed to pay the Closing Costs for your Account, your Closing Costs include Finance Charges in the amounts disclosed on Page 1 of the Agreement for the cost of flood and tax certifications, overnight courier fees, and the cost charged by Citibank's attorneys or closing agents to conduct the closing for your Account.

5.  **OTHER CHARGES:** These are charges other than Finance Charges. These charges are not counted as part of your daily unpaid balance of Loan Advances for purposes of computing Finance Charges:

a)  Late Fee. If Citibank does not receive the full amount of any monthly payment due within 15 calendar days of the due date, you will be charged a Late Fee of $25. However, you will not be charged a Late Fee on an unpaid Late Fee.

b)  Overlimit Fee. If there is a Loan Advance which causes your Credit Limit to be exceeded, Citibank will charge you a $29 Overlimit Fee. This charge will not be imposed on more than one transaction in any monthly billing cycle.

c)  Returned Item Fee. If your payment is returned unpaid for any reason, Citibank will charge you a $20 Returned Item Fee.

d)  Stop Payment Fee If you request Citibank to stop payment on one of your Equity Source Account Checks, Citibank will charge you an $8 Stop Payment Fee per request.

e)  Early Closure Release Fee. If Citibank pays the Closing Costs to open your Account and, within 36 months of the date of this Agreement, you request that your Account be closed or take any other action which will result in a release of the Mortgage, you agree to pay an Early Closure Release Fee which will consist of all costs Citibank incurred to open your Account. These costs are disclosed as Closing Costs on Page 1. The amount of this fee will be automatically charged to your Account in the same manner as a Loan Advance.

f)  Other Fees Disclosed in Agreement. Any charges imposed by Citibank in connection with your Account are disclosed above at the beginning of the Agreement.

g)  Other Fees Disclosed in Mortgage. You agree to pay any other fees or charges provided for in the Mortgage or otherwise provided for in the Agreement.

h)  Fee to Release Prior Lien. You may have to pay a fee to release a prior lien or security interest in the Property.

i)  There is a $50.00 Annual Fee associated with your Account. This fee will automatically be charged to your Account in the same manner as a Loan Advance beginning on the first anniversary of your Account opening and annually thereafter.

You agree to pay any reasonable costs incurred by Citibank in connection with the enforcement of its rights and remedies under the Agreement and the Mortgage, including, but not limited to, any reasonable attorneys' fees and other collection costs.

6.  **SECURITY INTEREST IN PROPERTY:** As security for the Agreement, you are giving Citibank a security interest in the Property located at the address shown above, which security interest secures all of your obligations under this Agreement and the Mortgage. This Property is more fully described in the Mortgage you will sign along with this Agreement. Collateral which secures other obligations to Citibank may also secure the Agreement.

7.  **PAYMENT TERMS:** You agree to pay your minimum payments by the due date shown on your monthly statement. During the Draw Period, you will repay your principal balance of Loan Advances as of the last day of each billing cycle and interest at a variable rate (Finance Charge) over a term equal to the number of months remaining in the Draw Period plus two hundred and forty (240), in substantially equal payments. The minimum payment will also include the following amounts when applicable: past due amounts, over Credit Limit amounts, Late Fees and other charges imposed pursuant to the Agreement. The minimum payment will never be less than the accrued interest.


During the Repayment Period you will repay your principal balance of Loan Advances as of the end of the Draw Period and interest at a variable rate (Finance Charge) in 240 substantially equal monthly payments. If there is a change in the variable rate during the Repayment Period, we will recalculate the minimum payment required to repay your then outstanding principal balance of Loan Advances and interest at a variable rate (Finance Charge) during the remaining loan term. Your minimum payment will also include the following amounts when applicable: past due amounts, over Credit Limit amounts, Late Fees and other charges imposed pursuant to the Agreement. On the last payment due date of the Repayment Period, any remaining unpaid amounts owed Citibank will be due and payable.

The Finance Charge consists only of interest imposed each day on the outstanding principal balance at the daily equivalent of the Annual Percentage Rate, which may vary. The Finance Charge portion of the amortized payment during both the Draw Period and the Repayment Period is figured by assuming that all payment periods are equal, the interest rate does not vary and that all payments are received on their due dates. If the rate increases you will be required to pay more Finance Charges because of the additional interest that is accrued. If the rate decreases, you will pay less Finance Charges. Any increase or decrease in interest will change the amount, but not the number of your payments.

You may prepay your Account in whole or in part at any time without penalty, but if you request that your Account be closed or take any other action which will result in a release of the Mortgage, you may owe an Early Closure Release Fee as provided for in Section 5 above. Loan Advances may not be drawn to make a payment on the Account, nor may payments be drawn on business accounts. Citibank may accept late payments, partial payments, or payments marked "payment in full," without losing any of Citibank's rights under the Agreement. Citibank may withhold, at its discretion, a balance of the available credit on your Account up to the amount of any payment you make, to assure that the check or other payment instrument is honored.

8. **TRANSACTION REQUIREMENTS:** You may draw Loan Advances during the Draw Period up to your Credit Limit if your Account has not been closed or suspended or your Credit Limit reduced to where further Loan Advances would not be permitted.

9. **TERMINATION OF ACCOUNT BY CITIBANK:** Citibank may close your Account, and require payment of the outstanding balance in full in a single payment, if:

   a) You fail to meet the repayment terms of the Agreement for any outstanding balance.

   b) There has been fraud or a material misrepresentation by you in connection with the Account.

   c) You take any action or fail to take any action which adversely affects the Property or Citibank's security interest in the Property, including but not limited to: a transfer of title to the Property or sale of the Property without Citibank's written permission; a failure to maintain any required insurance on the Property; failure to pay taxes on the Property; you permit the filing of a lien senior to that held by Citibank; the sole Borrower obligated on the Account dies; the Property is taken through eminent domain; a prior lien-holder forecloses; you commit waste or otherwise destructively use or fail to maintain the Property in a way that adversely affects the Property; there is illegal use of the Property which could subject the Property to seizure; one of two Co-Borrowers dies and Citibank's security is thereby adversely affected; or you move out of the Property and Citibank's security is thereby adversely affected.

   d) You are or become an "executive officer" of Citibank as defined in Federal Reserve Board Regulation O and Citibank determines to require payment in full to comply with federal regulation.

In addition to the foregoing, Citibank shall have the right to exercise any and all of its rights and remedies allowed by law or as set forth in this Agreement or in the Mortgage, including, but not limited to, the right to bring an action against you and the right to bring a foreclosure action against the Property.

10. **SUSPENSION OF ACCOUNT OR REDUCTION OF CREDIT LIMIT BY CITIBANK:** Citibank may prohibit additional extensions of credit or reduce your Credit Limit during any period in which:

    a) You or any of you request a suspension of the Account or reduction of the Credit Limit.

    b) The maximum Annual Percentage Rate is reached.

    c) The value of the Property declines significantly below the Property's appraised value for purposes of the Account. As an example, if the value of the Property declines such that the initial difference between the Credit Limit and the available equity (based on the Property's appraised value) is reduced by fifty percent, such an event would constitute a significant decline in the value of the Property.

# EQUITY SOURCE ACCOUNT® AGREEMENT AND DISCLOSURE



d)   Citibank reasonably believes that you will be unable to fulfill the repayment obligations under the Agreement because of a material change in your financial circumstances.

e)   You are in default of any material obligation under the Agreement or Mortgage.

f)   Citibank is precluded by government action from imposing the Annual Percentage Rate provided for in the Agreement.

g)   The priority of Citibank's security interest is adversely affected by government action to the extent that the value of the security interest is less than 120% of the Credit Limit.

h)   Citibank is notified by its regulatory agency that continued advances constitute an unsafe and unsound practice.

If any of the above circumstances change during the Draw Period and you want to reopen your Account or increase your Credit Limit to the original Credit Limit, you must make such a request to Citibank in writing and pay any bona fide and reasonable appraisal and credit report fees actually incurred by Citibank to investigate whether the above circumstances continue to exist. If Citibank suspended your Account or reduced your Credit Limit as a result of your request, the request for reinstatement must be signed by all of you.

You agree that you will not attempt to obtain any additional credit extensions once you know that your credit privileges have been terminated or suspended. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations under the Agreement.

11.  **OTHER CHANGES TO THE ACCOUNT:** Citibank may change the Index, Initial Margin (if applicable), and Regular Margin used under the Agreement if the original Index is no longer available, the new index has an historical movement substantially similar to that of the original Index, and the new index and margin would have resulted in an Annual Percentage Rate substantially similar to the rate in effect at the time the original Index became unavailable. Citibank may make a specified change to the Account if you specifically agree to the change in writing at that time. Citibank may make changes to the Account that will unequivocally benefit you throughout the remainder of the Account. Citibank may make insignificant changes in the terms of the Account, including but not limited to: changing the address to which payments are sent; minor changes to features such as the billing cycle date, the payment due date and the day of the month on which Index values are measured; changes in rounding practices within the tolerance rules allowed by applicable regulation; and changes to balance computation methods if the change produces an insignificant difference in the Finance Charge you pay.

12.  **PROMOTIONAL RATE OFFERS:** At Citibank's discretion, Citibank may offer you a promotional rate (a promotional daily periodic rate and/or promotional margin). The period of time for which the promotional rate applies may be limited. Citibank will allocate your payments and credits to pay off balances at low promotional rates before paying off balances at higher periodic rates. Any promotional rate, the corresponding periodic rate, and the period of time during which it is in effect will be disclosed to you. Any promotional rate offer will be subject to the terms of the offer and this Agreement.

13.  **OPTIONAL CONVERTED BALANCE FEATURE FOR CERTAIN ACCOUNTS:**

*Option to Convert.* Subject to the limitations described below, during the Draw Period and the Repayment Period, you have the option to convert all or any portion of your Account balance to a fixed Annual Percentage Rate and Daily Periodic Rate for a fixed term. The Annual Percentage Rate does not include costs other than interest. Your exercise of your option to convert is subject to your meeting all of the conditions described below at the time that the fixed rate becomes effective

*Conversion Requirements.* Each balance you convert to a fixed rate (the "Converted Balance") must be for a minimum amount of $10,000.00. The aggregate unpaid amount of all your Converted Balances may not exceed $1,000,000.00. However, Citibank may, in its sole discretion and without prior notice, allow the aggregate unpaid amount of all your Converted Balances to exceed $1,000,000.00. Citibank's decision to allow the aggregate unpaid amount of all your Converted Balances to exceed $1,000,000.00 for any fixed rate conversion does not obligate it to allow the aggregate unpaid amount of all your Converted Balances to exceed $1,000,000.00 for any subsequent fixed rate conversion. Each Converted Balance may consist of a portion of the variable rate balance of your Account, a portion of any existing Converted Balance, or both. You must convert a minimum of $10,000.00 in additional sums when establishing a new Converted Balance to pay off all or part of an existing Converted Balance. You may have outstanding a maximum of three (3) Converted Balances at any one time and you may not establish more than five (5) Converted Balances during the term of your Account. You may exercise your option to convert at any time after the



conclusion of the first monthly billing cycle for your Account. At the time of each conversion, you will designate the term for repayment of the Converted Balance. The term for repayment of the Converted Balance will be between 12 to 359 months, but must not exceed the maturity date (term) of the Account. You must sign all documentation requested by Citibank on a timely basis in order to effectuate a conversion to a fixed rate. You may not use your conversion option to establish a fixed rate for a new Loan Advance drawn on the Account. If you authorize Citibank to pay your minimum monthly payments automatically from your checking or other authorized account, you authorize Citibank to do so for all of your minimum monthly payments on

all of your Converted Balances and the variable rate balance of your Account, and any cancellation or change with respect to that authorization will apply to all of your Converted Balances and the variable rate balance of your Account.

*Credit Limit.* The portion of your Credit Limit that is available for other Loan Advances will be reduced by the aggregate amount of unpaid Converted Balances. As you repay the principal of each Converted Balance, your available Credit Limit will be replenished in like amounts, subject to the conditions that generally apply to your right to obtain Loan Advances under the terms of this Agreement.

*Fixed* Annual Percentage Rate *and Daily Periodic Rate.* The Annual Percentage Rate for each Converted Balance shall be fixed and will be determined based upon the value of a margin (the "Conversion Margin") and an index (the "Conversion Index"). The Conversion Index Citibank will use is the Federal Reserve Statistical Release 11.15 "Selected Interest Rates" Interest Rate Swaps (3 year) as most recently published and available as of the effective date of the conversion of the Converted Balance to a fixed rate. Citibank will add the Conversion Margin to the Conversion Index to determine the Annual Percentage Rate for the Converted Balance. The maximum Annual Percentage Rate that can apply to a Converted Balance is 18%. The Daily Periodic Rate for the Converted Balance will be equal to the Annual Percentage Rate for the Converted Balance divided by 365 (366, in a leap year). A disclosure of the terms that will apply to the Converted Balance will be provided to you at the time of the conversion.

*Minimum Monthly Payment.* Your minimum monthly payment for each Converted Balance is the amount sufficient to repay the original principal balance of the Converted Balance, together with periodic Finance Charges at the applicable Annual Percentage Rate, in full in substantially equal monthly installments during the scheduled term for repayment of the Converted Balance. The entire outstanding principal balance of the Converted Balance, together with all accrued and unpaid Finance Charges and all other fees and charges relating to the Converted Balance, if not sooner paid, will be due and payable in full in a single payment on the last payment due date of the scheduled term for repayment of the Converted Balance. Citibank is not obligated to refinance this amount. The minimum monthly payment will not change by reason of the commencement of the Repayment Period for revolving balances. The minimum monthly payment is in addition to the minimum monthly payment that is due for the variable rate portion of your Account, as provided in Section 7 above, and will be due on the same payment due dates as are payments for the variable rate portion of your Account.

*Conditions to Exercise of Your Option to Convert.* Your right to exercise your option to convert is subject to your meeting all of the following conditions on the date that the conversion to the fixed rate is effective: (a) you must not be in default under any of the provisions of this Agreement and there may not be any defaults under any provisions of the Mortgage or Deed of Trust, (b) your Account and your right to obtain Loan Advances may not then be terminated, (c) your Account may not be currently delinquent, and (d) your Account may not be currently over the credit limit.

14. **TAX IMPLICATIONS:** You should consult a tax advisor regarding the deductibility of interest (Finance Charges) and other charges under the Agreement.

15. **DELAY IN ENFORCEMENT:** Citibank may delay the exercise of Citibank's rights under the Agreement or Mortgage without losing them.

16. **PROPERTY INSURANCE:** You agree to maintain insurance on the Property as provided for in the Mortgage. If you fail to maintain property insurance, Citibank may obtain insurance coverage, at Citibank's option and your expense. Citibank is under no obligation to purchase any particular type or amount of coverage. Therefore, such coverage shall cover Citibank, but might or might not protect you, your equity in the Property, or the contents of the Property, against any risk, hazard or liability and might provide greater or lesser coverage than was previously in effect. You acknowledge that the cost of the insurance coverage so obtained might significantly exceed the cost of insurance that you could have obtained. Any amounts disbursed by Citibank under this Section shall be considered Loan Advances and become additional debt of yours secured by the Mortgage.

17. **CREDIT INFORMATION:** You understand and agree that Citibank may obtain credit reports for credit applications and for updates, renewals or extensions of the credit granted. Upon request, Citibank will inform you if a report has been obtained and


will give you the name and address of the agency that furnished the report. You also agree that Citibank may obtain and use credit reports and other information about you that Citibank has obtained in a lawful manner, consistent with Citibank's privacy policies, for subsequent solicitations or for any other lawful purpose.

**18. FURTHER ASSURANCES:** You agree that, upon Citibank's request, you will promptly execute, acknowledge, initial and deliver to Citibank any documentation Citibank deems necessary to replace or correct any lost, misplaced, misstated or inaccurate document signed by you at closing.

**19. GOVERNING LAW:** The Agreement will be governed by United States federal law and, to the extent the United States federal law is inapplicable, then by the laws of the State of South Dakota; except that, with regard to the perfection and enforcement of Citibank's security interest in the Property, the Agreement will be governed by the laws of the state where the Property is located.

**20. DUE ON SALE:** The Mortgage or Deed of Trust which covers the Property contains substantially the following provision: Due on Transfer Provision – Transfer of the Property. If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in You is sold or transferred and You are not a natural person) without Citibank's prior written consent, Citibank may, at Citibank's option, require immediate payment in full of all sums secured by this Mortgage or Deed of Trust. However, Citibank shall not exercise this option if the exercise is prohibited by applicable law as of the date of this Mortgage or Deed of Trust. If Citibank exercises this option, Citibank shall give You notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which all sums secured by this Mortgage or Deed of Trust must be paid. If these sums are not paid prior to the expiration of this period, Citibank may invoke any remedies permitted by this Mortgage or Deed of Trust without further notice or demand on You.

**21. CHANGE IN NAME, ADDRESS OR EMPLOYMENT:** You agree to notify us in writing of any change in name, address or employment.

**22. NO WAIVER:** Neither you nor Citibank shall be deemed to have waived any rights, powers or remedies hereunder unless such waiver is embodied in a writing executed by either you or Citibank. The waiver by either you or Citibank of any breach or default by the other party to the Agreement in the performance of any obligation hereunder shall not constitute a waiver of any subsequent breach or default.

**23. NOTICES:** All notices provided for in the Agreement shall be in writing and shall be deemed given (a) when delivered on a Business Day if delivered personally, (b) on the day after deposit with any overnight courier if such date is a Business Day, (c) three days after deposit in the United States mail, if delivered by certified mail, return receipt requested, postage prepaid and addressed to you at the address set forth on the first page of the Agreement or addressed to Citibank at the customer service address shown on your monthly statement.

**24. INVALIDITY CLAUSE:** If any provision of the Agreement shall be otherwise unlawful, void, or for any reason unenforceable, then that provision shall be enforced to the maximum extent permissible so as to effect the intent of you and Citibank. In either case, the remainder of the Agreement shall continue in full force and effect.

The undersigned Borrower(s), jointly and severally if more than one, agree to all of the terms and conditions of this Equity Source Account Agreement and Disclosure, which consists of 9 pages, and acknowledge receipt of a completed copy, along with the notice about Your Billing Rights. The date of this Agreement is the latest date next to a Borrower's signature.

_____  09/20/2017

**ZHU LING MEI**

Pay to the order of

_____
without recourse on us
Citibank, N.A.

_____
Harrison Luvai, Vice President
Citibank, N.A.

Citi and Citi with Arc Design are registered service marks of Citigroup Inc



## YOUR BILLING RIGHTS (KEEP THIS NOTICE FOR FUTURE USE)

This notice contains important information about your rights and Citibank's responsibilities under the Fair Credit Billing Act.

**Notify Citibank in case of errors or questions about your bill.**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write to Citibank on a separate sheet at the address listed on your bill. Write to Citibank as soon as possible. Citibank must hear from you no later than 60 days after Citibank sent you the first bill on which the error or problem appeared. You can telephone Citibank, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and Account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are not sure about.

If you have authorized Citibank to pay your Equity Source Account bill automatically from your checking or other authorized account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach Citibank three business days before the automatic payment is scheduled to occur.

## YOUR RIGHTS AND CITIBANK'S RESPONSIBILITIES AFTER CITIBANK RECEIVES YOUR WRITTEN NOTICE

Citibank must acknowledge your letter within 30 days, unless Citibank has corrected the error by then. Within 90 days, Citibank must either correct the error or explain why Citibank believes the bill was correct.

After Citibank receives your letter, Citibank cannot try to collect any amount you question, or report you as delinquent. Citibank can continue to bill you for the amount you question, including finance charges, and Citibank can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while Citibank is investigating, but you are still obligated to pay the parts of your bill that are not in question.

If Citibank finds that Citibank made a mistake on your bill, you will not have to pay any finance charges related to any questioned amount. If Citibank did not make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, Citibank will send you a statement of the amount you owe and the date that it is due.

If you fail to pay the amount that Citibank thinks you owe, Citibank may report you as delinquent. However, if Citibank's explanation does not satisfy you and you write to Citibank within ten days telling Citibank that you still refuse to pay, Citibank must tell anyone Citibank reports you to that you have a question about your bill. And, Citibank must tell you the name of anyone Citibank reported you to. Citibank must tell anyone Citibank reports you to that the matter has been settled between you and Citibank when it finally is.

If Citibank does not follow these rules, Citibank cannot collect the first $50 of the questioned amount, even if your bill was correct.